# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. PAYTON | No. C 06-3649 RMW |
|     Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
|     v. | |
| M.D. SADEGHI et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for June 20, 2008 at 1:00 p. m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

The State Attorney General's Office shall prepare a transport order and facilitate plaintiff's appearance at the settlement conference. Confidential settlement conference statements shall be due Friday, June 13, 2008 and should be e-mailed to Magistrate Judge Vadas at his court e-mail address.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

SO ORDERED.

Dated: May 19, 2008

_____
NANDOR J. VADAS
United States Magistrate Judge

SC-further

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYTON | No. C 06-3649 RMW |
| v. | CERTIFICATE OF SERVICE |
| SADEGHI | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20,2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Edward E. Payton**
B-80782
San Quentin State Prison
1 North 33 Lower
San Quentin, CA 94964

RICHARD W. WIEKING, CLERK

By: /s/_____
       Deputy Clerk

SC-further                    2