*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAYTON, | No. C 06-3649 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| DR. SADEGHI, et al., | |
| Defendants. | |

The court has entered summary judgment for defendants Novato Community Hospital, Director of Novato Community Hospital, Tilton, Ayers, Sadeghi, Grannis and Saylor. Therefore, judgment is entered in favor of these defendants and against plaintiff. A judgment of dismissal without prejudice is entered as to plaintiff's claim for professional negligence. Plaintiff shall take nothing by way of his complaint.

IT IS SO ORDERED.

DATED: 8/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge